**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN THE MATTER OF THE COMPLAINT OF ADRIATIC MARINE, LLC, as owner/operator of the M/V CARIBOU, and its engines, equipment, tackle, apparel and appurtenances, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY** | §<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO. 4:20-cv-01756**<br><br>**JUDGE ALFRED BENNETT**<br><br>**Rule 9(h) Admiralty** |

**LIMITATION PETITIONER ADRIATIC MARINE, LLC'S**
**CERTIFICATE OF INTERESTED PARTIES**

TO THE HONORABLE U.S. DISTRICT ALFRED BENNETT:

Limitation Petitioner, Adriatic Marine, LLC, hereby files this Corporate Disclosure Statement pursuant to the Local Rules for the Southern District of Texas, Federal Rule of Civil Procedure 7.1, and this Court's May 21, 2020 "Order for Conference and Disclosure of Interested Parties" **[Doc. 5]**.

Adriatic Marine, LLC hereby discloses and certifies to the Court that, upon information and belief, the following parties are financially interested in the outcome of this limitation of liability action:

1. **Adriatic Marine, LLC** (Limitation Petitioner)
2. **Continental Insurance Company** (Limitation Petitioner's insurance company)

Adriatic Marine, LLC shall amend and/or supplement this Certificate of Interested Parties as appropriate in accordance with Federal Rule of Civil Procedure 7.1 and any subsequent Order entered by the Court.

Respectfully submitted,

**CALVERT EAVES CLARKE & STELLY, L.L.P.**
2615 Calder Avenue, Suite 1070
Beaumont, Texas 77702
Tel: (409) 832-8885
Fax: (409) 832-8886
Email: meaves@calvert-eaves.com

By: ______________________________
Michael K. Eaves, Attorney-in-Charge
Texas State Bar No.: 00787414
Southern District Bar No.: 18764

**ATTORNEYS FOR LIMITATION PETITIONER, ADRIATIC MARINE, LLC**